COURT OF CHANCERY
OF THE
STATE OF DELAWARE

KATHALEEN ST. JUDE MCCORMICK
CHANCELLOR

LEONARD L. WILLIAMS JUSTICE CENTER
500 N. KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19801-3734

October 12, 2022

Blake A. Bennett, Esquire
Cooch and Taylor, P.A.
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801

Raymond J. DiCamillo, Esquire
Kevin M. Gallagher, Esquire
Matthew D. Perri, Esquire
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801

Re:   *Solak v. Twitter, Inc.*
       C.A. No. 2022-0491-KSJM

Dear Counsel:

Plaintiff John Solak ("Plaintiff") filed the above-referenced action to compel

Defendant Twitter, Inc. ("Defendant") to provide its books and records for inspection under

to 8 *Del. C.* § 220. Plaintiff filed his Complaint and Motion to Expedite on June 7, 2022.[1]

Plaintiff and Defendant then entered into a series of stipulations extending Defendant's

time to respond to the Complaint.[2] The most recent of these stipulations, which I granted

on August 11, provides that Defendant "shall not be required to respond to the Complaint

until a date to be mutually agreed upon by the parties or ordered by the Court."[3]

The parties failed to agree to a date to respond to the Complaint or a schedule for

litigating this action. In a status letter submitted to the court on September 28, 2022,

---

[1] C.A. No. 2022-0491-KSJM, Docket ("Dkt.") 1.

[2] Dkt. 7, 9, 11.

[3] Dkt. 11.

however, Plaintiff states that Defendant has failed to respond to Plaintiff's scheduling proposals.[4]  Plaintiff requests that I issue an order requiring Defendant to respond to the Complaint and Motion to Expedite.[5]

Plaintiff's request is granted.  Defendant is hereby ordered to respond to Plaintiff's Complaint and Motion to Expedite no later than 5 p.m., October 26, 2022.

IT IS SO ORDERED.

Sincerely,

*/s/ Kathaleen St. Jude McCormick*

Kathaleen St. Jude McCormick
Chancellor

cc:     All counsel of record (by *File & ServeXpress*)

---

[4] Dkt. 12.

[5] *Id.*